UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CARL BROWN,                                          :
                                                    :        24 Civ. 6677 (PMH)
                            Plaintiff,              :
                                                    :        **ORDER AUTHORIZING THE**
            - against -                             :        **DEPOSITION OF INCARCERATED**
                                                    :        **INDIVIDUAL**
SERGEANT LAINO et. al.,                             :
                                                    :
                            Defendants.             :
------------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Carl Brown, DIN No. 01-A-0717, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: ___March 6_____, 2026
           White Plains, New York

                                        SO ORDERED.

                                        _____
                                        Hon. PHILIP M. HALPERN
                                        United States District Judge

1