UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL BROWN,

                    Plaintiff,                          **ORDER**

          -against-                                     24-CV-06677 (PMH)

SERGEANT LAINO, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On April 16, 2026, Plaintiff filed a letter providing enclosed discovery materials for "filing." (Doc. 87). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on April 14, 2026 (Doc. 87) from the docket but retain the summary docket text for the record. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the address listed on the docket.


Dated: White Plains, New York
       April 21, 2026

                                        _____
                                        Philip M. Halpern
                                        United States District Judge