6-6-26

RECEIVED
SDNY DOCKET UNIT
2026 JUL 13 PM 3:02

Hon. philip m. Halpern
Hon Charles L. Bricant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White plains, New york 10601

Motion to Order
put do the
documents

Re: Brown v. Lainn et. S.D.N.Y. 24 Civ. 6677 (PMH)

Defendants are directed, by no later than 5:00 p.m. on July 20, 2026, to respond to Plaintiff's 7/13/26 Letter (Doc. 95).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 16, 2026

[illegible] the Court So the Att. Gen
[illegible] the Video C.D. for 1-13-23 and
[illegible] in Green Haven C.F. and
[illegible] 26 in G-Block when the
Court A.G, L.T. Came and take me to Medical because
the handcuff was on the Hold time. and I
never got the Hearing Tape of 1-13-23, So the
discovery in not closed. this was ask at
time of discovery. and yes I have talk to
the A.G. buy phone more then 3 time
His name is on my phonelist. and yes to
Said He was going to See can He get
this play a big prat of my Case
(that never Hape yet)
and He got to Send the paper to get the medical Record
Thank you
Carl Brown

**SHAWANGUNK CORRECTIONAL FACILITY**
P.O. BOX 700
WALLKILL, NEW YORK 12589

NAME: Carl Brown DIN: 01A0717

HARTFORD CT 060
SHAWANGUNK
8 JUL 2026 PM 8 L
CORRECTIONAL FACILITY

NEOPOST
07/07/2026
US POSTAGE $000.74⁰
FIRST-CLASS MAIL
IMI
ZIP 12589
041M11285312

RECEIVED
SDNY DOCKET UNIT
2026 JUL 13 PM 3:02

To. Hon. Philip M. Halpern
Hon Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White plains, New york 10601

10601-415099

Legal mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Carl Brown DIN: 01A0717 Legal mail

Printed On Recycled Paper