**Office of the New York State Attorney General**

Application granted. No further extensions are likely to be granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 99 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 28, 2026

**Via ECF**
Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Brown v. Laino et. al.* S.D.N.Y. 24 Civ. 6677 (PMH)

Dear Judge Halpern:

The Office of the New York State Attorney General ("OAG") represents Defendants Nicholas Laino, Scott Roger, David Kwartler, Patrick McNeil, Mark Miller, Anthony Rodriguez, Felicia Lewis, Bryan Anspach, and Eric Gutwein ("Defendants"). Defendants write to respectfully request a one week extension of time to submit the joint status letter required by Your Honor's February 3, 2026 Case Management Plan and Scheduling Order ("CMP") from June 16, 2026 to June 23, 2026. (ECF 79). This is Defendants first request for an extension.

The grounds for this request is that Defendants are awaiting Plaintiff's position as to any possible discovery disputes to be able to efficiently advise the Court. To date, Plaintiff Carl Brown ("Plaintiff") and Defendants (collectively "Parties") have conducted discovery in accordance with the Case Management Plan ("CMP"). Plaintiff's deposition was completed on May 26, 2026. The OAG received the transcript on Friday, June 12, 2026. During Plaintiff's deposition, Plaintiff expressed that he believed he was entitled to additional discovery, including certain additional video footage. The OAG has requested that Plaintiff provide his detailed position on the status of discovery, specifically the recently requested video demand.

Accordingly, in the interest of efficiency, Defendant's request a one week extension of time to submit the joint status letter so that Defendants may confer with and include Plaintiff's full position. We thank the Court for its attention to this case.

Respectfully submitted,

/s/ Samuel A. Blaustein
SAMUEL A. BLAUSTEIN
Assistant Attorney General
212-416-8177
Samuel.Blaustein@ag.ny.gov

<u>Cc: (Via Mail)</u>
Carl Brown
DIN 01A0717
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, New York 12589